IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRISON HEALTH SERVICES, INC.<br>105 Westpark Drive<br>Suite 200<br>Brentwood, Tennessee 37027<br><br>      Plaintiff,<br><br>    v.<br><br>EMRE UMAR<br>818 Hidden Forrest Drive<br>Collegeville, PA<br><br>    AND<br><br>CORRECTIONAL MEDICAL<br>    CARE, INC.<br>818 Hidden Forrest Drive<br>Collegeville, PA   19426<br><br>      Defendants | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:<br>:<br>:   FILED JUN 18 2002<br>:<br>:<br>:<br>:<br>:<br>:   No.  02-CV-2642<br>:<br>:<br>:<br>:<br>: |

## WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly withdraw our appearance as counsel for defendant Correctional Medical Care, Inc.

                          MANN, UNGAR, SPECTOR &
                          LABOVITZ, P.C.

                          BY:  LARRY H. SPECTOR
                              CRAIG R. GOTTLIEB
                          1709 Spruce Street
                          Philadelphia, PA   19103
                          (215) 732-3120

DSD:32494.1/999999-999999

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRISON HEALTH SERVICES, INC. :<br>105 Westpark Drive :<br>Suite 200 :<br>Brentwood, Tennessee 37027 :<br>: :<br>Plaintiff, :<br>:<br>v. :<br>:<br>EMRE UMAR :<br>818 Hidden Forrest Drive :<br>Collegeville, PA :<br>:<br>AND :<br>:<br>CORRECTIONAL MEDICAL :<br>CARE, INC. :<br>818 Hidden Forrest Drive :<br>Collegeville, PA  19426 :<br>:<br>Defendants : | CIVIL ACTION<br><br><br>FILED JUN 18 2002<br><br><br>No. 02-CV-2642 |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter our appearance as counsel for defendant Correctional Medical Care, Inc.

                  WOLF, BLOCK, SCHORR &
                  SOLIS-COHEN

                  BY: LARRY N. SPECTOR
                    MICHAEL D. LiPUMA
                  1650 Arch, 22nd Floor
                  Philadelphia, PA  19103
                  (215) 977-2000

DSD:32494.1/999999-999999

## CERTIFICATE OF SERVICE

Larry H. Spector hereby certifies that on June 17, 2002 a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid upon the following counsel of record:

Lee Albert, Esquire
Mager White & Goldstein, LLP
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA   19103

Barry M. Miller, Esquire
54 East Penn Street
Norristown, PA   19401

Francis X. Clark, Esquire
The Woods, Suite 705
987 Old Eagle School Road
Wayne, PA 19087

Michael D. Homans, Esquire
Mager White & Goldstein, LLP
One Liberty Place, 44th Floor
1650 Market Street
Philadelphia, PA   19103

_____
LARRY H. SPECTOR

DSD:32494.1/999999-999999