IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRISON HEALTH SERVICES, INC.          :
                                      :
                                      :        CIVIL ACTION NUMBER
          V.                          :
                                      :
                                      :        02-CV-2642
EMRE UMAR AND CORRECTIONAL            :
MEDICAL CARE, INC.                    :

O R D E R

AND NOW, this      day of July, 2002, upon consideration of the Expedited Motion Of Defendant, Correctional Medical Care, Inc. To Vacate Temporary Restraining Order of May 8, 2002 Or Alternatively To Require Posting Of A Bond (Docket No. 20) and Plaintiffs response thereto, the Court having entered an Order this date granting Plaintiff's request for Preliminary Injunction, and it appearing that pursuant to the Order, CMC will be permitted to bid on the MCCF contract if it severs all business ties with Emre Umar, and it further appearing that there is little risk of Defendant being unable to recover from Plaintiff in the event that it suffers harm as a result of the granting of injunctive relief, it is **ORDERED** that the said Motion be and the same is hereby **DENIED**.

AND IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge