IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRISON HEALTH SERVICES, INC.<br>105 Westpark Drive<br>Suite 200<br>Brentwood, Tennessee 37027 | : <br> : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| EMRE UMAR<br>818 Hidden Forrest Drive<br>Collegeville, PA 19426 | : <br> : <br> : <br> : | |
| AND | : <br> : | |
| CORRECTIONAL MEDICAL CARE, INC.<br>818 Hidden Forrest Drive<br>Collegeville, PA 19426 | : <br> : <br> : <br> : | No. 02-2642 |
| Defendants. | : <br> : | |

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

AND NOW, this ____ day of _____, 2002, upon consideration of plaintiff Prison Health Services, Inc.'s Motion to Amend the Complaint, and any response thereto, the Court hereby GRANTS plaintiff's motion.

_____
Surrick, J.