IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRISON HEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMRE UMAR <br><br> and <br><br> CORRECTIONAL MEDICAL CARE, INC., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 02-CV-2642 |

### ANSWER OF DEFENDANT CORRECTIONAL MEDICAL CARE, INC. TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Defendant Correctional Medical Care, Inc. ("CMC") denies the allegations set forth in plaintiff's Motion to Amend the Complaint and denies that plaintiff should be entitled to amend its Complaint. The basis for these denials and the reasons why plaintiff's Motion should be denied are set forth in the accompanying Memorandum, which is incorporated by reference.

WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP

DATED: December 2, 2002        BY: _____
LARRY H. SPECTOR
MICHAEL D. LiPUMA
1650 Arch Street
Philadelphia, PA 19103-2097
215-977-2000
COUNSEL FOR DEFENDANT
CORRECTIONAL MEDICAL CARE, INC.

DSD:35008.1/COR199-159752

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 2, 2002, a copy of the foregoing document, together with all supporting papers, is being served by hand delivery on Michael Homans, Esq., Mager, White & Goldstein, One Liberty Place, 21st Floor, Philadelphia, PA 19103, and by fax upon Francis Clark, Esquire, 987 Old Eagle School Road, Suite 705, Wayne, PA 19087.

 

_____
Michael D. LiPuma