IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRISON HEALTH SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2642 |
| EMRE UMAR AND CORRECTIONAL MEDICAL CARE, INC. | : | |

O R D E R

AND NOW, this 31st day of January, 2003, upon consideration of Plaintiff's Motion to Amend Complaint and the Defendants' response thereto, it is ORDERED that the Motion is Granted. Plaintiff shall forthwith separately file the First Amended Complaint which is attached to the Motion.

BY THE COURT:

_____
R. Barclay Surrick, Judge